RECEIVED
USDC, WESTERN DISTRICT OF LA
ROBERT H. SHEMWELL, CLERK
DATE 10 17
BY OM

# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF LOUISIANA
## SHREVEPORT DIVISION

UNITED STATES OF AMERICA

versus

JOHN CHARLES THOMAS

CRIMINAL NO. 03-50104-01
JUDGE TOM STAGG

## AMENDED JUDGMENT

The judgment entered in the above-captioned matter on June 17, 2004 (Record Document 60) is hereby **AMENDED** to the following effect:

the sentence given by this court in the judgment entered June 17, 2004 contained in Record Document 60 of criminal number 03-50104 should run concurrent with any Louisiana parole time.

The judgment entered on June 17, 2004 (Record Document 60) otherwise remains in full force and effect and is not otherwise altered.

**THUS DONE AND SIGNED** at Shreveport, Louisiana, this 17th day of October, 2006.

JUDGE TOM STAGG